UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
DILENIA PAGUADA, on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

HARRIS ORIGINALS OF NY., INC.,

        Defendant.
------------------------------------x

No. 1:20-cv-07944-LJL

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
HARRIS ORIGINALS OF NY., INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, Defendant Harris Originals of NY., Inc. ("Defendant"), through undersigned counsel, states that there is no parent corporation of Defendant or any publicly held corporation owning 10% or more of Defendant's stock.

Dated: Washington, DC

    October 29, 2020

        Respectfully submitted,

        VENABLE LLP

    By:    /s/ Allyson B. Baker

        Allyson B. Baker
        600 Massachusetts Avenue, NW
        Washington, DC 20001
        Tel: 202.344.4000
        Fax: 202.344.8300
        Emails: ABBaker@Venable.com