UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

HARRIS ORIGINALS OF NY, INC.,

    Defendant.

Case No: 1:20-cv-07944

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Queens, New York
            January 14, 2021

Mars Khaimov Law, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

Venable, LLP

By: _____
Allyson B. Baker, Esq.
600 Massachusetts Ave., NW
Washington D.C. 20001
abbaker@venable.com
*Attorneys for Defendant*

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

January 15, 2021